■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HINSON, Appellant. [721 NYS2d 250] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered January 22, 1999, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant failed to demonstrate that he was denied the effective assistance of counsel (*see, People v Benevento,* 91 NY2d 708; *People v Baldi,* 54 NY2d 137).

The defendant's remaining contentions, including those raised in his *pro se* supplemental brief, are unpreserved for appellate review (*see,* CPL 470.05 [2]), and we decline to reach them in the exercise of our interest of justice jurisdiction. O'Brien, J. P., Ritter, Altman and Schmidt, JJ., concur.